CORNWALL v. DAVIS.

(*Circuit Court, S. D. New York.* January 21. 1889.)

PER CURIAM. Upon the authority of *Wakelee* v. *Davis, ante,* 280, the demurrer is allowed. The complainant may amend within 20 days.